IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHELBY MONTEGOMARY**                                                      **PLAINTIFF**

v.                                    **CASE NO. 4:25-CV-00219-BSM**

**JORDAN ABLES,** *et al.*                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 16th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE